■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK D. IRELAND, Appellant. [636 NYS2d 694] —Case held, decision reserved and matter remitted to Oneida County Court for further proceedings in accordance with the following Memorandum: A reconstruction hearing was held in this case to es-

tablish whether defendant was present at an in-chambers *Sandoval* conference. The record of that hearing shows that the issue of defendant's presence was sharply contested. The attorneys declined County Court's offer to render a decision, erroneously believing that no decision was required at that point. Because issues of credibility should ordinarily be determined by the hearing court, which saw and heard the witnesses *(see, People v Michalek,* 218 AD2d 750), we reserve decision and remit the matter to County Court to make findings of fact and determine whether defendant was present at the *Sandoval* hearing *(see, People v Miller* [appeal No. 1], 221 AD2d 1001; *cf., People v James,* 221 AD2d 963). (Appeal from Judgment of Oneida County Court, Murad, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.